# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-4330

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | |
| v. | * | Appeals from the United States |
| | * | District Court for the Northern |
| James Christopher Kopp, | * | District of Iowa |
| | * | |
| Appellant. | * | [Unpublished] |

_____

Submitted: September 12, 2000
Filed: October 18, 2000

_____

Before BOWMAN and BEAM, Circuit Judges, and BOGUE,[1] District Judge.

_____

PER CURIAM.

James Christopher Kopp petitions for review of the District Court's[2] finding that Kopp distributed methamphetamine. Kopp argues that he possessed amphetamine and

_____

[1]The Honorable Andrew W. Bogue, Senior United States District Judge for the District of South Dakota, sitting by designation.

[2]The Honorable Michael J. Melloy, United States District Judge for the Northern District of Iowa.

should have been sentenced accordingly.  He does not contest his guilty plea to conspiracy and possession of a controlled substance.

The District Court discredited Kopp's testimony and found there was sufficient evidence to sentence him under the methamphetamine guidelines.  This appeal is controlled by the decision <u>United States v. Hyatt</u>, 156 F.3d 813 (8th Cir. 2000).  In that decision, Kopp's co-conspirator had his conviction and sentence under the methamphetamine guidelines upheld.  The *Hyatt* decision is precisely on point with this appeal, consequently, we reach the same decision.

Accordingly, we affirm.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.